UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| STEVEN VINCENT PRICE, | ) | Case No. CV 07-569 DSF(JC) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| DERRICK OLLISON, Warden, | ) | |
| Respondent. | ) | |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: 5/17/11

_____
HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE